IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOLIVER STEWART TAYLOR, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-2087-S (BT) |
| | ) | |
| UNITED STATE FORMER ARON WHILEY, | ) | |
| ET AL., | ) | |
|       Defendants. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in

this case. No objections were filed. The District Court reviewed the proposed findings,

conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the

Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this ___15th___ day of October, 2018.


_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE